# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOHIM EPF USA, INC., | Case No. CV 14-5428 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ACEPLUS, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. Judgment is hereby entered in favor of plaintiff Elohim EPD USA, Inc. and against defendants Aceplus, Inc. d/b/a Story (a/k/a Story Karaoke and Bar), Hyundae Health Center, Inc., d/b/a Cyber Music Studio (a/k/a Cyber Karaoke), and Yoon Hee Yeh (a/k/a Charles Yeh).

2. Plaintiff shall recover $200,000 in statutory damages, consisting of $100,000 against Aceplus and Yeh, and $100,000 against Hyundae and Yeh.

3. Plaintiff shall recover against defendants $7,600 in attorney's fees and $400 in costs.

4. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any future proceedings.

Dated this 5th day of April, 2019.

/s/
Fernando M. Olguin
United States District Judge